IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 12-mj-7005-bnb

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Bobby Ellsworth

    Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

        You are hereby advised that a further court hearing has been set in this case for the following:

_X_ Initial Appearance     _X_ Arraignment     ___Sentencing     ___Status

___Administrative Review     ___Show Proof     ___Other (_____)

The location, date and time set for the hearing is:

_X_ 212 N. Wahsatch, Suite 101     ___901 19th Street, Rm. A-105     ___1929 Stout St.
     Colorado Springs, CO 80903          Denver, CO 80294                    Denver, CO 80294

Appearance date: 7/11/2012 , at 8:30 am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                              Greg Langham, Clerk

                              By: NIC
                                  Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 06/05/2012          Name: defendant Notified via phone
                                 (Please Print)
                           Address: reset requested by deft
                                    through officer Tom Healy

Phone: _____
Revised 3/17/09