# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER:12-MJ-7005-BNB |
| BOBBY ELLSWORTH | PRO SE (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 1852 | REMOVAL/CUTTING/DESTRUCTION OF TREES ON PUBLIC LAND | 01/27/2011 | 1 |

Defendant sentenced to pay restitution in the amount of $464.00 to the United States Forest Service. The defendant shall pay a special assessment fee of $10.00 by 09/14/2012.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $ 0.00 | $0.00 |

07/11/2012
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 13 2012
Date